# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Martini, William J. | District Court - New Jersey | 04/30/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

50 Walnut Street
PO Box 419
Newark, NJ 07101-0419

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Nicholas Martini Foundation |
| 2. Trustee | John Cabot University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 04/30/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Nicholas Martini Foundation, Trustee | $22,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 04/30/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BROKERAGE ACCOUNT#2 | | | | | | | | | |
| 2. | FEDERATED KAUFMANN FUND-R (FORMALLY FUND-K) | D | Distribution | K | T | | | | | |
| 3. | BROKERAGE ACCOUNT #6 (3432) | | | | | | | | | |
| 4. | I SHARES TR MCSI EAFE FD | C | Dividend | M | T | | | | | |
| 5. | PIMCO ALL ASSET ALL | | None | | | Sold | 02/13/13 | K | A | |
| 6. | POWERSHARES FTSE RAFI US | A | Dividend | L | T | Buy (add'l) | 02/13/13 | K | | |
| 7. | POWERSHARES EXCH TRAD FD | C | Dividend | M | T | | | | | |
| 8. | CHARLES SCHWAB ADV CASH RESERV PREM | | None | J | T | Buy (add'l) | 12/31/13 | J | | |
| 9. | IRA #7 (2679) | | | | | | | | | |
| 10. | CHARLES SCHWAB ADV CASH RESERV PREM | A | Interest | K | T | Buy (add'l) | 01/31/13 | J | | |
| 11. | | | | | | Sold (part) | 02/19/13 | K | | |
| 12. | | | | | | Buy (add'l) | 12/31/13 | J | | |
| 13. | JPMORGANSTRATEGIC INCM | A | Dividend | | | Sold | 02/13/13 | L | C | |
| 14. | JPMORGAN HIGHBRIDGE DYNAMIC COMMODITIES | | None | | | Buy (add'l) | 02/13/13 | K | | |
| 15. | | | | | | Sold | 09/17/13 | K | | |
| 16. | | | | | | Sold | 09/17/13 | K | | |
| 17. | TFS MARKET NEUTRAL FUND | | None | | | Buy (add'l) | 02/13/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/17/13 | J | | |
| 19. | | | | | Sold | 09/17/13 | K | B | |
| 20. TEMPLETON GLOBAL BOND | B | Dividend | K | T | Sold (part) | 02/13/13 | L | D | |
| 21. LOOMIS SAYLES BOND CL | B | Dividend | | | Sold (part) | 02/13/13 | L | A | |
| 22. | | | | | Sold | 09/17/13 | L | A | |
| 23. PIMCO TOTAL RETURN FUND | C | Dividend | M | T | Sold (part) | 02/13/13 | M | C | |
| 24. | | | | | Sold (part) | 09/17/13 | K | | |
| 25. THORNBURG LTD TERM | A | Dividend | | | Sold | 02/13/13 | M | D | |
| 26. DIAMOND HILL LONG SHORT FUND CL A | | None | | | Sold | 09/17/13 | K | D | |
| 27. THIRD AVENUE REAL ESTATE VALUE FD INSTL | B | Dividend | L | T | Buy (add'l) | 09/17/13 | J | | |
| 28. AQR MGD FUTURES STRAT FD CL N | | None | | | Sold | 02/13/13 | K | B | |
| 29. AQR MGD FUTURES STRAT FD CL N | A | Dividend | L | T | Buy | 09/17/13 | L | | |
| 30. PIMCO ALL ASSET ALL AUTHORITY CL D | C | Dividend | L | T | Buy (add'l) | 02/13/13 | K | | |
| 31. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 32. BARCLAYS BANK IPATH ETN S&P 500 DYNAMIC | | None | | | Buy (add'l) | 02/13/13 | J | | |
| 33. | | | | | Sold | 09/17/13 | J | | |
| 34. | | | | | Sold | 09/17/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   IVY ASSET STRATEGY FUND | A | Dividend | L | T | Buy | 02/13/13 | L | | |
| 36.   PYXIS LONG SHORT EQUITY A (HIGHLAND LONG SHORT) | | None | | | Buy | 02/13/13 | K | | |
| 37. | | | | | Sold | 09/17/13 | K | C | |
| 38.   ISHARES TR MSCI EAFE FD ETF | C | Dividend | L | T | Buy | 02/13/13 | M | | |
| 39. | | | | | Sold (part) | 09/17/13 | L | C | |
| 40.   POWERSHARES FTSE RAFI US PRFZ | B | Dividend | M | T | Buy | 02/13/13 | L | | |
| 41. | | | | | Sold (part) | 09/17/13 | K | C | |
| 42.   POWERSHARES EXCH TRAD FD TR PRF | C | Dividend | M | T | Buy | 02/13/13 | M | | |
| 43. | | | | | Buy (add'l) | 09/17/13 | K | | |
| 44.   POWERSHARES EXCH TRAD FD TR PDN | B | Dividend | L | T | Buy | 09/17/13 | L | | |
| 45.   JANUS GLOBAL RESEARCH FD CL 1 | A | Dividend | L | T | Buy | 09/17/13 | L | | |
| 46.   WINTERGREEN FUND | A | Dividend | L | T | Buy | 09/17/13 | L | | |
| 47.   BARCLAYS BANK PLC ETN S&P VEQTOR | | None | L | T | Buy | 09/17/13 | L | | |
| 48.   VALLEY NATIONAL BANK | | None | J | T | | | | | |
| 49.   THE AXA EQUITABLE VARIABLE LIFE INSURANCE POLICY | | None | K | T | | | | | |
| 50.   EQUITABLE - SEP | | None | L | T | Buy (add'l) | 04/15/13 | J | | |
| 51.   MDclick Holdings LLC | | None | J | U | Buy | 07/09/13 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 04/30/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 04/30/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE NICHOLAS MARTINI FOUNDATION IS A 501(C)(3) CHARITABLE FAMILY FOUNDATION. IT'S MISSION IS TO SUPPORT YOUTH, HEALTH, ENVIRONMENTAL AND EDUCATION PROGRAMS.

AS A MEMBER OF THE BOARD OF TRUSTEES I PARTICIPATE IN THE DECISIONS TO DISTRIBUTE THOSE FUNDS. THE TRUSTEES ANNUALY ESTABLISH INVESTMENT POLICY FOR THE FOUNDATION. THAT POLICY IS IMPLEMENTED BY AN INDEPENDENT MANAGER WHO HAS FULL DISCRETION WITH REGARD TO INVESTMENT DECISIONS. TRUSTEES DO NOT MAKE INVESTMENT DECISIONS.

| Name of Person Reporting | Date of Report |
|---|---|
| Martini, William J. | 04/30/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William J. Martini**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544